UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-21992-CIV-GOODMAN

DIANE WILLIFORD,

       Plaintiff,

v.

CARNIVAL CORPORATION,

       Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedures, the parties hereby notify the Court of settlement.

**IT IS STIPULATED** by and between the Plaintiff, DIANE WILLIFORD, and the Defendant, CARNIVAL CORPORATION, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees. DATED this 28th day of April, 2021

| | |
|---|---|
| MATTHIAS M. HAYASHI, ESQ. | GARRETT KEANE. |
| ARONFELD TRIAL LAWYERS | MASE MEBANE SEITZ, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1 Alhambra Plaza, Penthouse | 2601 S. Bayshore Dr., Suite 800 |
| Coral Gables, FL 33134 | Miami, Florida 33133 |
| | |
| By: *s/Matthias M. Hayashi, Esq.* | By: *s/ Garrett Keane, Esq*. |
| Fla. Bar No: 115973 | Fla. Bar No: 1010256 |